RECEIVED
IN LAKE CHARLES, LA.

JUL 22 2013

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **VARDGES NIKOGHOSYAN**<br>A# 079-282-092 | **CIVIL ACTION NO. 2:13-CV-472-PM-KK**<br>**SECTION P** |
| VS. | **JUDGE PATRICIA MINALDI** |
| **U.S. ATTORNEY GENERAL** | **MAGISTRATE JUDGE KATHLEEN KAY** |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation [Doc. 2] of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

**IT IS ORDERED** that the plaintiff's petition for writ of *habeas corpus* be **DENIED** and **DISMISSED** for lack of jurisdiction.

Lake Charles, Louisiana, on this 22 day of July, 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE